**1**

**Arthur F. KOHMANN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
November 14, 1927.

No. 71.

In Error to the District Court of the United States for the Western District of New York.

Doyle & Corcoran, of Rochester, N. Y., for plaintiff in error.

Richard Templeton, U. S. Atty. (J. J. Doran, Asst. U. S. Atty., of Rochester, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**2**

**Max LEIBOWITZ, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Third Circuit.
November 12, 1927.

No. 3676.

Appeal from the District Court of the United States for the District of New Jersey; Wm. N. Runyon, Judge.

Irving Siegler, of Newark, N. J., for appellant.

Walter G. Winne, U. S. Dist. Atty., of Hackensack, N. J., and Harlan Besson, Asst. U. S. Atty., of Hoboken, N. J.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. This is an appeal from a decree that certain premises were a nuisance, as defined by section 21, title 2, of the National Prohibition Act (27 USCA § 33), and ordering their closure. No principle of law is involved, and the only question is one of fact. As we feel, after a study of the proofs, that the findings by the judge, who had the witnesses before him, were correct, we limit ourselves to so stating, and affirm the decree.

---

**3**

**Arthur LEPPER and Julius Crain v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
October 3, 1927.

No. 5037.

In Error to the District Court of the United States for the Eastern District of Michigan.

Collins & Thompson, of Bay City, Mich., for plaintiffs in error.

Otto J. Manary, Asst. U. S. Atty., of Bay City, Mich.

PER CURIAM. Docketed and dismissed, pursuant to stipulation of counsel.

---

**4**

**Harry J. LIPPMAN v. Charles C. SIMONS, U. S. District Judge, Eastern District of Michigan, Southern Division.**

Circuit Court of Appeals, Sixth Circuit.
June 6, 1927.

No. 4861.

Petition for writ of mandamus.

Harry J. Lippman, of Detroit, Mich., for petitioner.

Henry L. Lyster, of Detroit, Mich., for respondent.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**5**

**Robert H. LUCAS, Collector of Internal Revenue for the District of Kentucky, v. BEECH CREEK COAL COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
November 8, 1927.

No. 4936.

In Error to the District Court of the United States for the Western District of Kentucky; Charles I. Dawson, Judge.

T. J. Sparks, U. S. Atty., of Louisville, Ky., for plaintiff in error.

Sandidge & Sandidge, of Owensboro, Ky., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.